# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Loren Williamson, II, | No. CV-16-00875-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

On February 6, 2017, Magistrate Judge John Z. Boyle filed a Report and Recommendation ("R&R") recommending the Court dismiss the petition for writ of habeas corpus as untimely. (Doc. 21). Petitioner filed objections to the R&R, claiming the R&R contained a few factual errors, such as misidentifying the court in which certain events occurred. (Doc. 22 at 1). On the timeliness issue, however, Petitioner concedes binding Supreme Court authority dictates the petition be dismissed as untimely. (Doc. 20 at 3) (stating under Supreme Court authority "this Court is duty-bound to find his Petition untimely and subject to dismissal"). The Court agrees the petition was not filed within the limitations period and must be dismissed as untimely.

Despite conceding his petition is untimely, Petitioner argues the Supreme Court authority dictating that result should be "revisited." According to Petitioner, the Supreme Court authority creates an "unintended effect" in that the statute of limitations calculation differs depending on whether an individual pleads guilty or is convicted at trial. This Court is obligated to apply the law as it exists at the current time. *See Hart v. Massanari*,

266 F.3d 1155, 1170 (9th Cir. 2001) ("If a court must decide an issue governed by a prior opinion that constitutes binding authority, the later court is bound to reach the same result, even if it considers the rule unwise or incorrect."). This Court does not have the authority to "revisit[]" a legal decision issued by the Supreme Court. And under binding authority, the petition is untimely. The R&R will be adopted in full. A certificate of appealability is not appropriate because the procedural ruling is not debatable under current law.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 21) is **ADOPTED** and the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because dismissal of the petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

Dated this 27th day of June, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge